547 A.2d 751

**In the Interest of C.W. a minor.**

**Appeal of LAWRENCE COUNTY CHILDREN'S SERVICES.**

Supreme Court of Pennsylvania.

Argued Sept. 28, 1988.

Decided Sept. 29, 1988.

Sydney W. Paul, New Castle, for appellant.

Donald Williams, New Castle (Court-appointed), for Natural Mother.

Annette Hutchison, Office of Dist. Atty., New Castle (Court-appointed), for C.W., a minor.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

### ORDER

PER CURIAM:

The order of the Superior Court is reversed, and the order of the Court of Common Pleas of Lawrence County is reinstated. *See In Re: Adoption of Faith M.*, 509 Pa. 238, 501 A.2d 1105 (1985), and *In the Matter of the Adoption of G.T.M.*, 506 Pa. 44, 483 A.2d 1355 (1984).